DOUGLAS A. GESSELL, ESQ., SBN 210112
STEVEN BROWN, ESQ., SBN 166278
LAW OFFICES OF BROWN & GESSELL
20 N. Sutter Street, Suite 301
Stockton, CA  95202
Ph. (209) 430-5480
Fax (209) 466-5480

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MERCEDES MATAMOROS, individually and as the representative of the Estate of Juan Matamoros,<br><br>Plaintiffs,<br><br>vs.<br><br>RONALD SOSNOWSKI AND DOES 1-50<br><br>Defendants. | **CASE:  2:11-CV-01734 JAM EFB**<br><br>**STIPULATION TO MODIFY STATUS (Pre-Trial) SCHEDULING ORDER RE EXPERT DISCLOSURE AND DISCOVERY CUT-OFF DATES**<br><br>**ORDER THEREON** |

Whereas, the Complaint in this matter was filed in June of 2011; and

Whereas, the trial in this matter is currently set for September 24, 2012; and

Whereas, the parties through their counsel of record anticipate that no dispositive motions will be filed in this matter; and

Whereas attorneys Douglas Gessell for plaintiff and Peter Cuttitta for defendant have met and conferred regarding the scheduling of the expert witness disclosure and discovery cut-off dates.

Therefore, the Parties, by and through their attorneys, and pursuant to the provisions of F.R.C.P. 26 (a), stipulate to modify the Court's October 21, 2011 Status (Pre-Trial) Scheduling Order as follows:

{00273565.DOC 1 }   1

PDF created with pdfFactory trial version www.pdffactory.com

1. The previously ordered expert witness disclosure and discovery cut-off dates shall be vacated, and the following dates shall be substituted:

|  |  |
|---|---|
| Expert Witness Disclosure: | June 1, 2012 |
| Supplemental Expert Disclosure: | June 20, 2012 |
| Discovery Cut-Off (non-expert): | July 2, 2012 |
| Discovery Cut-Off (expert): | July 16, 2012 |

2. The expert witness disclosure requirements of F.R.C.P. 26(a)(2)(B) shall not be followed in this case, and all such disclosures shall be governed by the provisions of F.R.C.P.26(a)(2)(C); further at the same time as they make their expert disclosures the parties shall also exchange each expert's curriculum vitae and fee schedule.

3. The date for the filing of the parties Joint Mid-Litigation Statement shall be controlled by the above discovery cut-off date.

Dated: March 15, 2012        LAW OFFICES OF BROWN & GESSELL

By: /s/_____
    DOUGLAS A. GESSELL
    Attorney for Mercedes Matamoros

Dated: March 15, 2012        PORTER SIMON

By:/s/_____
    PETER CUTTITTA
    Attorney for Ronald Sosnowski

### ORDER

Good cause appearing therefore, IT IS SO ORDERED.

Date: 3/22/2012

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge