PETER H. CUTTITTA – SBN 3050
JAMES E. SIMON – SBN 62792
**PORTER SIMON**
Professional Corporation
40200 Truckee Airport Rd., Ste. One
Truckee, CA 96161
Telephone:   (530) 587-2002
Attorneys for Defendant,
RONALD SOSNOWSKI

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES MATAMOROS, individually and as the representative of the Estate of Juan Matamoros,<br><br>Plaintiffs,<br><br>Vs.<br><br>RONALD SOSNOWSKI and DOES 1-50,<br><br>Defendants.<br>_____/ | Case No.: 2:11-CV-01734-JAM-EFB<br><br>**NOTICE OF MOTION FOR ABATEMENT OF ACTION**<br><br><br>DATE: JUNE 20, 2012<br>TIME: 9:30 A.M.<br>JUDGE: JOHN A. MENDEZ<br>COURTROOM: 6 |

NOTICE IS HEREBY GIVEN that on June 20, 2011, at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 6 of the United States District Court for the Eastern District Court of California, located at 501 I Street, Sacramento, California, Defendant Ronald Sosnowski, by and through his counsel of record will move this court for an order abating this action until Plaintiff MERCEDES MATAMOROS ("MATAMOROS") properly joins all necessary parties.

{00279669.DOC 1 }

PAGE 1
NOTICE OF MOTION FOR ABATEMENT OF ACTION

LAW OFFICE OF
PORTER · SIMON
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone: (530) 587-2002
Facsimile: (530) 587-1316

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities, and Declaration of Peter H. Cuttitta served and filed herewith, the records and the file herein, and on such other evidence as may be presented at the hearing on this motion.

DATED: April 27, 2012

PORTER SIMON
Professional Corporation

_____
PETER H. CUTTITTA
Attorneys for Defendant
RONALD SOSNOWSKI

LAW OFFICE OF
PORTER · SIMON
Professional Corporation
40200 Truckee Airport Road
Truckee, CA 96161
Telephone: (530) 587-2002
Facsimile: (530) 587-1316

{ 00279669.DOC 1 }

PAGE 2
NOTICE OF MOTION FOR ABATEMENT OF ACTION

# PROOF OF SERVICE

I am employed in the County of Placer, State of California; I am over the age of 18 years and am not a party to the within action or proceeding. I am employed by the law firm of Porter $ Simon, a Professional Corporation, located at 40200 Truckee Airport Road, Truckee, California 96161, Telephone (530) 587-2002, Facsimile (530) 587-1316. I am readily familiar with Porter $ Simon=s business practice for collection and processing of correspondence for mailing with the United States Postal Service and am aware that envelopes placed for collection and mailing with the firm of Porter $ Simon will be deposited within the United States Postal Service on the same day for the first class mailing in the ordinary course of business.

On May 3, 2012, I served the foregoing document described as **NOTICE OF MOTION FOR ABATEMENT OF ACTION** on the parties in this action. Service of the above document(s) was/were effectuated by the following means of service:

**BY PLACING TRUE COPIES IN AN ENVELOPE ADDRESSED AND SERVED AS FOLLOWS:**

**Douglas Alton Gessell**
**BROWN & GESSELL**
**20 N. Sutter Street, Suite 301**
**Stockton, CA 95202**
*Attorneys for Plaintiffs*

[X]  **BY NOTICE OF ELECTRONIC SERVICE**- Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

[ ]  **VIA PERSONAL SERVICE** - By personally delivering or causing to be personally delivered a true copy thereof in a sealed envelope(s).

[ ]  **VIA OVERNIGHT DELIVERY SERVICE** - I caused such envelope(s) to be deposited in a box or other facility regularly maintained by the express service carrier or delivered to an authorized courier or driver authorized by the express service carrier with delivery fees paid or provided for.

[X]  **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 3, 2012, at Truckee, California.

*/s/ Melinda Smith*
**MELINDA SMITH**

{00239557.DOC 1 }

PAGE 1
PLEADING – PROOF OF SERVICE – EASTERN DISTRICT