1 | DOUGLAS A. GESSELL, ESQ., SBN 210112
2 | STEVEN BROWN, ESQ., SBN 166278
  | LAW OFFICES OF BROWN & GESSELL
3 | 20 N. Sutter Street, Suite 301
  | Stockton, CA  95202
4 | Ph. (209) 430-5480
  | Fax (209) 466-5480
5 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

MERCEDES MATAMOROS, individually and as the representative of the Estate of Juan Matamoros,

　　　　　　　　　Plaintiffs,

vs.

RONALD SOSNOWSKI AND DOES 1-50

　　　　　　　　　Defendants.

CASE:  2:11-CV-01734 JAM EFB

**STIPULATION AND ORDER TO APPEAR AT TRIAL FOR MERCEDES MATAMOROS**

**Trial Date:  September 24, 2012**

Whereas the trial of this matter is currently set for September 24, 2012;

Whereas plaintiff, Mercedes Matamoros is a necessary party to the trial of this case; and

Whereas plaintiff, Mercedes Matamoros currently resides in Mexico City, Mexico.

THE PARTIES TO THIS ACTION STIPULATE THAT:

The Judge in this matter may, for good cause shown, sign the attached Order to Appear at Trial for Mercedes Matamoros.

Dated:  May ____, 2012		LAW OFFICES OF BROWN & GESSELL

					By: /s/  _____
						DOUGLAS A. GESSELL
						Attorney for Mercedes Matamoros

Dated:  May ____, 2012		PORTER SIMON

					By:  /s/ _____
						PETER CUTTITTA
						Attorney for Ronald Sosnowski

1

**ORDER**

IT APPEARING THAT **Mercedes Matamoros** is a necessary party to a civil action involving the death of her son Juan Matamoros and good cause appearing,

IT IS ORDERED THAT **Mercedes Matamoros** appear in person at the trial of this matter to give testimony under oath at the following place, time and date(s):

| | |
|---|---|
| Location: | U.S. District Court, Eastern District of California (Sacramento) |
| | 501 I Street, Courtroom 6 |
| | Sacramento, CA  95814 |
| Time: | 9:00 a.m. |
| Date(s): | September 24, 2012 to October 5, 2012 |

DATED:  May 22, 2012

/s/ John A. Mendez
Honorable John A. Mendez
U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com