```
 1  DOUGLAS A. GESSELL, ESQ., SBN 210112
    STEVEN BROWN, ESQ., SBN 166278
 2  LAW OFFICES OF BROWN & GESSELL
    20 N. Sutter Street, Suite 301
 3  Stockton, CA  95202
    Ph. (209) 430-5480
 4  Fax (209) 466-5480
 5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MERCEDES MATAMOROS, individually and as the representative of the Estate of Juan Matamoros,<br><br>Plaintiffs,<br><br>vs.<br><br>RONALD SOSNOWSKI AND DOES 1-50<br><br>Defendants. | **CASE:  2:11-CV-01734 JAM EFB**<br><br>**STIPULATION AND ORDER TO APPEAR AT TRIAL FOR MERCEDES MATAMOROS**<br><br>**Trial Date:  September 24, 2012** |

Whereas the trial of this matter is currently set for September 24, 2012;

Whereas plaintiff, Mercedes Matamoros is a necessary party to the trial of this case; and

Whereas plaintiff, Mercedes Matamoros currently resides in Mexico City, Mexico.

THE PARTIES TO THIS ACTION STIPULATE THAT:

The Judge in this matter may, for good cause shown, sign the attached Order to Appear at Trial for Mercedes Matamoros.

Dated:  May ____, 2012            LAW OFFICES OF BROWN & GESSELL

                                  By: /s/ _____
                                      DOUGLAS A. GESSELL
                                      Attorney for Mercedes Matamoros

Dated:  May ____, 2012            PORTER SIMON

                                  By:  /s/ _____
                                       PETER CUTTITTA
                                       Attorney for Ronald Sosnowski

1

**ORDER**

IT APPEARING THAT **Mercedes Matamoros** is a necessary party to a civil action involving the death of her son Juan Matamoros and good cause appearing,

IT IS ORDERED THAT **Mercedes Matamoros** appear in person at the trial of this matter to give testimony under oath at the following place, time and date(s):

| | |
|---|---|
| Location: | U.S. District Court, Eastern District of California (Sacramento) |
| | 501 I Street, Courtroom 6 |
| | Sacramento, CA  95814 |
| Time: | 9:00 a.m. |
| Date(s): | September 24, 2012 to October 5, 2012 |

DATED:  May 22, 2012

/s/ John A. Mendez
Honorable John A. Mendez
U. S. District Court Judge

STIPULATION AND ORDER TO APPEAR AT TRIAL

Law Offices of:
Brown & Gessell

PDF created with pdfFactory trial version www.pdffactory.com