DOUGLAS A. GESSELL, ESQ., SBN 210112
STEVEN L. BROWN, ESQ., SBN 166278
LAW OFFICES OF BROWN & GESSELL
20 N. Sutter Street, Suite 301
Stockton, CA  95202
Ph. (209) 430-5480
Fax (209) 466-5480

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MERCEDES MATAMOROS, individually and as the representative of the Estate of Juan Matamoros,<br><br>Plaintiffs,<br><br>vs.<br><br>RONALD SOSNOWSKI AND DOES 1-50<br><br>Defendants. | **CASE NO:  2:11-CV-01734-JAM-EFB**<br><br>**ORDER DENYING DEFENDANT'S MOTION TO STAY** |

Defendant's Motion To Stay came on regularly for hearing on June 20, 2012, at 9:30 a.m., before this Court, Douglas Gessell appearing for plaintiff and Brian C. Hanley appearing for defendant, with Judge John A. Mendez presiding.

After consideration of the briefs and arguments of counsel, and all other mattes presented to the Court, IT IS HEREBY ORDERED that defendant's Motion To Stay is Denied.

    Dated: July 16, 2012        /s/ John A. Mendez_____
                                           Hon. John A. Mendez
                                           U. S. District Court Judge

///

///

///

1
2   Dated: July   , 2012              /s/ _____
3                                            Approval As To Form
                                             Peter H. Cuttitta
4                                            Attorney For Defendant
                                             RONALD G. SOSNOWSKI
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Law Offices of:                  Order Denying Motion To Stay
Brown & Gessell

PDF created with pdfFactory trial version www.pdffactory.com